# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: WALTON, JON A  §  Case No. 11-85393
     WALTON, TONYA K  §
   §
Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of The U S Bankruptcy Court
    327 S Church Street, Room 1100
    Rockford IL 61101

     Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 10/28/2013 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  09/24/2013         By:  /s/BERNARD J. NATALE
                                                                                                                                    Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| In re: WALTON, JON A § | Case No. 11-85393 |
| WALTON, TONYA K § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 9,000.00 |
| *and approved disbursements of* | $ 116.38 |
| *leaving a balance on hand of* [1] | $ 8,883.62 |
| **Balance on hand:** | $ 8,883.62 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,883.62 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,650.00 | 0.00 | 1,650.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 3,079.25 | 0.00 | 3,079.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 12.32 | 0.00 | 12.32 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 5.97 | 5.97 | 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,741.57 |
| Remaining balance: | $ 4,142.05 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,142.05

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,142.05

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,001.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 17,001.56 | 0.00 | 1,717.55 |
| 2 | PYOD, LLC as assignee of Citibank | 23,999.58 | 0.00 | 2,424.50 |

Total to be paid for timely general unsecured claims: $ 4,142.05
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Jon A Walton
Tonya K Walton
    Debtors

Case No. 11-85393-TML
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-3      User: cshabez      Page 1 of 1      Date Rcvd: Sep 25, 2013
                     Form ID: pdf006    Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2013.
```
db/jdb         +Jon A Walton,    Tonya K Walton,    3319 E. Rivers Road,    Freeport, IL 61032-8728
18271162       +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
18271165      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
                  Kansas City, MO 64195)
18271163       +Chase,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
18271164       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18271167       +FHN Memorial Hospital,    1045 W Stephenson St,    PO Box 857,    Freeport, IL 61032-0857
18271168       +Rockford Mercantile Agency, Inc.,    2502 S Alpine Rd,    Rockford, IL 61108-7813
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18696749        E-mail/PDF: mrdiscen@discoverfinancial.com Sep 26 2013 01:31:13      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
18271166       +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 26 2013 01:31:13      Discover Fin,
                 Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
18996684       +E-mail/Text: resurgentbknotifications@resurgent.com Sep 26 2013 00:58:26
                 PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
                                                                                                TOTAL: 3
```

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2013                                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2013 at the address(es) listed below:
```
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
              Carole J. Ryczek    on behalf of Trustee Bernard J Natale carole.ryczek@usdoj.gov
              Kristy L McIntyre    on behalf of Debtor Jon A Walton NDILnotices@maceybankruptcylaw.com,
               KMcIntyre@maceybankruptcylaw.com;CourtNotice@maceybankruptcylaw.com
              Kristy L McIntyre    on behalf of Joint Debtor Tonya K Walton NDILnotices@maceybankruptcylaw.com,
               KMcIntyre@maceybankruptcylaw.com;CourtNotice@maceybankruptcylaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Scott E Hillison    on behalf of Trustee Bernard J Natale hillison@pacatrust.com
                                                                                             TOTAL: 7
```